200529355
(dep)

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF KENTUCKY
### AT LEXINGTON

IN RE:                              :
                                          Case No. 05-53310
JAMES C. FUGATE                     :
EDNA F. FUGATE

                                    :     Chapter 13
                    Debtors               Judge Howard

                                    :
                                          **AGREED ORDER RESOLVING**
                                    :     **OBJECTION TO PLAN**


         This matter having come before the Court upon the Objection to

Debtors' Plan (hereinafter "Objection") by the secured creditor,

First Nationwide Mortgage Corporation, Inc. (''Creditor''); and it

appearing to the Court that the parties have agreed to a course of

action which will otherwise resolve the Objection; and the Court,

being otherwise fully advised in the premises, hereby makes the

following findings of facts and issues the following Order with

respect thereto:

         1.    The parties hereby agree that Creditor will be paid the

secured value of the real estate which is $25,000.00.  Creditor shall

release its lien upon completion of the plan and payment of its secured

and unsecured claim. Creditor shall file an amended proof of claim to bifurcate its claim into secured and unsecured portions.

2.    Creditor retains the right to revisit the issue of the amount of security if proof of such security is obtained.

3.    In the event Creditor obtains proof of its security interest in the mobile home located on 2706 Judy Ridge Rd., Cynthiana, Kentucky, 41031, then Creditor shall be permitted to schedule a hearing before this court to introduce said evidence and ask this court to determine its status as a secured creditor.    Otherwise, the terms of the confirmed plan shall control the status of this creditor.    Creditor reserves the right to object to any amended plan.

DATED:


SUBMITTED BY:


/s/Nathan L. Swehla
Nathan L. Swehla, Case Attorney
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3248
(513) 354-6464
ekybk@lsrlaw.com

/s/Hon. Brian T. Canupp
Brian T. Canupp, Debtors' Attorney
322 Main Street
Paris, KY 40361
(859) 988-9658
(859) 988-9659 (fax)
o_cannup@bellsouth.net
APPROVAL RECEIVED VIA EMAIL

/s/ Beverly M. Burden, Trustee
Beverly M. Burden, Trustee
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
(859) 255-3143 (fax)
APPROVAL RECEIVED VIA FAX


*THIS IS FOR EASTERN ORDERS ONLY*
Pursuant to Local Rule 9022-1(c),
Nathan L. Swehla, Case Attorney____ shall cause
a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

James C. Fugate
2706 Judy Ridge Road
Cynthiana, KY 41031

Edna F. Fugate
2706 Judy Ridge Road
Cynthiana, KY 41031

Hon. Brian T. Canupp
322 Main Street
Paris, KY 40361

Beverly M. Burden, Trustee
P.O. Box 2204
Lexington, KY 40588-2204

Office of the U.S. Trustee
100 E. Vine Street, Suite 803
Lexington, KY 40507

*The affixing of this Court's electronic seal below is proof this document
has been signed by the Judge and electronically entered by the Clerk in the
official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Wednesday, May 24, 2006**
**(jms)**