**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES C. FUGATE | § | CASE NO. 05-53310-WSH |
| EDNA F. FUGATE | § | CHAPTER 13 |
| | § | |
| | § | JUDGE WILLIAM S. HOWARD |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**CitiMortgage, Inc.**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial /s/ Tyler Jones

Hilary B. Bonial
Tyler Jones

F# 2024-N-3149
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for CitiMortgage, Inc.

## CERTIFICATE OF SERVICE

I,  Hilary B. Bonial / Tyler Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before March 25, 2009:

**Debtors' Attorney**
Brian T Canupp
Attorney At Law
322 Main St
Paris, KY  40361

**Chapter 13 Trustee**
Beverly M. Burden
Post Office Box 2204/100 East Vine St, Suite 500
Lexington, Kentucky 40588-2204

**U.S. Trustee**
Office of the US Trustee
100 East Vine Street, Suite 803
Lexington, Kentucky 40507

/s/ Hilary B. Bonial /s/ Tyler Jones

Hilary B. Bonial

Tyler Jones

2024-N-3149
noaelect